IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PAUL CHANDHOK,

      Plaintiff,

vs.   No. CIV 05-566 MV/RHS

IMPORTS OF ALBUQUERQUE, INC.
d/b/a RICH MAZDA/KIA,

      Defendant.

## MEMORANDUM OPINION AND ORDER

**THIS MATTER** comes before the Court on Plaintiff's Motion to Withdraw as Counsel, filed on March 16, 2006, **[Doc. No. 23],** and Plaintiff's Unopposed Motion to Substitute Counsel, filed April 10, 2006, **[Doc. No. 29]**. In these motions, Plaintiff's counsel of record, Michael E. Mozes, seeks to withdraw as counsel, and attorneys Jeffrey A. Dahl and Wesley C. Jackson seek to be substituted as counsel. Defendant initially opposed the withdrawal of Mr. Mozes due to concerns regarding the amount of time it would take Plaintiff to obtain new counsel. Plaintiff's prompt retention of substitute counsel appears to have addressed Defendant's concerns regarding the withdrawal of Mr. Mozes.

**IT IS THEREFORE ORDERED** that Plaintiff's Unopposed Motion to Substitute Counsel, filed April 10, 2006, **[Doc. No. 29],** is hereby **GRANTED**. Attorneys Jeffrey A. Dahl and Wesley C. Jackson are hereby substituted in place of attorney Michael E. Mozes, as counsel of record for Plaintiff.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Withdraw as Counsel, filed on March 16, 2006, **[Doc. No. 23],** is **DENIED** as moot.

Dated this 12th day of April, 2006.

_____
MARTHA VAZQUEZ
CHIEF UNITED STATES DISTRICT JUDGE

Attorneys for Plaintiff:
    Jeffrey A. Dahl, Esq.
    Wesley C. Jackson, Esq.

Attorneys for Defendant:
    Paula G. Maynes, Esq.